UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BIGGAR<br><br>　　　Plaintiff,<br><br>　　v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>　　　Defendants. | Case No. 15-cv-04825-JST<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: April 6, 2016<br>Mediator: Robert Schwartz |

IT IS HEREBY ORDERED that the request to excuse defendant The Prudential Insurance Company of America's representative, Tamika S. Williams, from appearing in person at the April 6, 2016 mediation before Robert Schwartz is GRANTED. The representative shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: March 23, 2016

Maria-Elena James
United States Magistrate Judge