# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Biggar,<br><br>       Plaintiff,<br><br>   vs.<br><br>Prudential Insurance Company of America, The California Voluntary Disability and Family Leave Plan for Employees of Google, and The Google Welfare Benefit Plan,<br><br>       Defendants. | Case No. 15-cv-04825-JST<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND RELATED DATES**<br><br>Hearing: November 3, 2016<br>Time: 2:00 p.m.<br>Judge: Hon. Jon S. Tigar |

The court having reviewed the Joint Stipulation to Continue the hearing on cross-motions for summary judgment, between Plaintiff Jonathan Biggar ("Plaintiff") and Defendants the Prudential Insurance Company of America, The California Voluntary Disability and Family Leave Plan for Employees of Google, and The Google Welfare Benefit Plan, ("Defendants") (collectively the "Parties"), FINDS THAT GOOD CAUSE EXISTS TO ENTER AN ORDER APPROVING SAID Stipulation.

Accordingly, IT IS HEREBY ORDERED that the following dates are continued as follows:

| Matter | Date |
|---|---|
| Discovery Cut-Off | From 9/30/2016 to 12/30/2016 |
| Cross Motions for Summary Judgment | 1/12/17 |
| Oppositions re Cross Motions for Summary Judgment | 1/26/17 |
| Hearing Date on Cross-Motions for Summary Judgment | From 11/3/16 at 02:00 p.m. to 2/16/17 at 2:00 p.m. |

Dated: __September 7__, 2016

_____
JON S. TIGAR
United States District Judge