Scott Kalkin 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 820
San Francisco, California 94104
Tel: (415) 732-0282

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Biggar,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Prudential Insurance Company of America,<br>The California Voluntary Disability and Family<br>Leave Plan for Employees of Google, and<br>The Google Welfare Benefit Plan,<br><br>　　　　　　Defendants. | ACTION NO.: 15-CV-04825 JST<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(1)** |

　　　IT IS HEREBY STIPULATED by and between plaintiff Jonathan Biggar and defendant The California Voluntary Disability and Family Leave Plan for Employees of Google through their respective counsel that the above-captioned action be and hereby is dismissed with prejudice as to The California Voluntary Disability and Family Leave Plan for Employees of Google only, pursuant to FRCP 41(a)(1).

　　　Each party shall bear its own fees and costs.

//

//

Stipulation of Dismissal　　　　　　　　　　　1　　　　　　　　　　　Case No: 15-04825 JST

The parties seek the Court's approval of the dismissal of this defendant with prejudice, by way of the order set forth below.

**ROBOOSTOFF & KALKIN**

Dated: March 2, 2017            By:      /s/
                                         Scott Kalkin
                                         Attorneys for plaintiff

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

Dated: March 2, 2017            By:      /s/
                                         Sean P. Nalty
                                         Attorneys for The California Voluntary
                                         Disability and Family Leave Plan for
                                         Employees of Google

**IT IS SO ORDERED.**

Dated: March 7, 2017

United States District Judge

Stipulation of Dismissal                    2                    Case No: 15-04825 JST